AO245B Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet

RECEIVED
ALEXANDRIA, LA
APR - 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>LARRY DEWAYNE JENKINS<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 98-10030-03<br><br>USM Number:<br><br>J. BROOCKS GREER, III<br>Defendant's Attorney |

## THE DEFENDANT:

[✓]  admitted guilt to violation of Mandatory Condition 3, Standard Conditions 2 and 5 and Special Conditions 1 and 2 of the term of supervision.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition #3 | Possession of Controlled Substance | 05/20/05 |

**See next page.**
The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:

Defendant's Mailing Address:

07 April 2006
Date of Imposition of Sentence

_____
Signature of Judicial Officer

F. A. LITTLE, JR., United States District Judge
Name & Title of Judicial Officer

7 April 06
Date

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Mandatory Condition #3 | Tested positive for marijuana | 01/04/05 |
| Mandatory Condition #3 | Tested positive for morphine | 05/23/05 |
| Mandatory Condition #3 | Tested Positive for marijuana and morphine | 01/24/06 |
| Standard Condition #2 | Failed to report to Probation Officer | 12/2005 |
| Standard Condition #5 | Failed to maintain stable employment | |
| Special Condition #1 | Failed to pay fine as ordered | 12/10/04 |
| Special Condition #2 | Failed to participate in aftercare treatment and obtain day treatment certificate as directed | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                                                  UNITED STATES MARSHAL

                                                          By _____
                                                                 DEPUTY UNITED STATES MARSHAL